UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BERTHA ALEJANARE,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | No. 1:23-cv-00303-ADA-EPG (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 16) |

On July 12, 2023, Plaintiff Ana Bertha Alejanare and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 16.) They agree that, on remand, "the Commissioner will develop the record as necessary, consider all pertinent issues de novo, and issue a new decision." (*Id.* at 1.) The parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (*Id.*)

Accordingly,

1. The stipulation of the parties, (ECF No. 16), is granted;

2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

///

3.  Plaintiff's motion for summary judgment, (ECF No. 12), is terminated as moot; and

4.  The Clerk of Court is directed to enter judgment in favor of Plaintiff Ana Bertha Alejanare and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __July 26, 2023__                   _____
                                            UNITED STATES DISTRICT JUDGE